■ LELA LACEWELL, Appellant, v TURNER CONSTRUCTION COMPANY, Respondent, et al., Defendants. (And Other Actions.) [714 NYS2d 662] —Order, Supreme Court, Bronx County (Kenneth Thompson, Jr., J.), entered on or about March 11, 1999, which denied plaintiff's motion to strike defendant-respondent's answer for failure to comply with a prior conditional order of dismissal, unanimously affirmed, without costs.

The record is at best ambiguous as to whether defendant is not in compliance with the outstanding directive to produce "duplicate original microfilms" of its records, and certainly does not demonstrate the level of willfulness that would justify the extreme sanction of striking its answer. Close supervision of the production process, along the lines that the motion court is now engaged, is a more appropriate course. Concur—Rosenberger, J. P., Nardelli, Tom, Wallach and Saxe, JJ.

■ In the Matter of DENNIS J. MCLAUGHLIN, a Disbarred Attorney. [713 NYS2d 679] —Application for reinstatement granted only to the extent of referring this matter to a Referee for hearing and report. No opinion. Concur—Sullivan, P. J., Wallach, Rubin, Andrias and Friedman, JJ. [*see*, — AD2d — (Sept. 26, 2000).]